**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor indenture
trustee for certain series of Senior Notes, LAW
DEBENTURE TRUST COMPANY OF NEW
YORK, in its capacity as successor indenture
trustee for certain series of Senior Notes, and
WILMINGTON TRUST COMPANY, in its
capacity as successor indenture trustee for certain
series of PHONES Notes

                            Plaintiffs,

      vs.

RBS SECURITIES, INC.; GREENWICH
CAPITAL d/b/a RBS GREENWICH CAPITAL;
and US BANCORP INVESTMENTS, INC.,

                           Defendants.
---------------------------------------------------------------- x

Case No. 11 Civ. 00638 (GMS)

**NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND SERVICE OF PAPERS BY
ALAN J. STONE**

      **PLEASE TAKE NOTICE** that Alan J. Stone of Milbank, Tweed, Hadley & McCloy LLP hereby appears, pursuant to Local Rule 83.5(f)(2), as counsel of record for U.S. Bancorp Investments, Inc., and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

        MILBANK, TWEED, HADLEY & McCLOY LLP
        1 Chase Manhattan Plaza, 46th Floor
        New York, New York 10005
        Telephone: (212) 530-5285
        Facsimile: (212) 822-5285
        Attn:   Alan J. Stone, Esq., astone@milbank.com

      **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any defense or objection on grounds of, *inter alia*, lack of jurisdiction or improper process or service of process, and/or any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any entity, either in this case or in any other action, are expressly reserved.

Dated: New York, New York
July 28, 2011

/s/  Alan J. Stone

MILBANK, TWEED, HADLEY & McCLOY LLP
Alan J. Stone
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Email: astone@milbank.com

*Counsel for U.S. Bancorp Investments, Inc.*