IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>    Defendants. | C.A. No. 11-638 GMS |

**CORPORATE DISCLOSURE STATEMENT OF: (1) PLAINTIFF DEUTSCHE BANK TRUST COMPANY AMERICAS; (2) PLAINTIFF LAW DEBENTURE TRUST COMPANY OF NEW YORK; AND (3) PLAINTIFF WILMINGTON TRUST COMPANY**

  1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Deutsche Bank Trust Company Americas ("DBTCA"), by and through its undersigned counsel, makes the following disclosure:

  (a) DBTCA is a banking institution governed by the laws of the State of New York, with a principal place of business at 60 Wall Street, New York, NY.

  (b) DBTCA is a wholly owned-subsidiary of Deutsche Bank Trust Corporation;

  (c) Deutsche Bank Trust Corporation is a wholly owned subsidiary of Taunus Corporation;

  (d) Taunus Corporation is a wholly-owned subsidiary of Deutsche Bank AG; and

  (e) No corporation directly or indirectly owns 10% or more of any class of Deutsche Bank AG's equity interests.

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Law Debenture Trust Company of New York ("Law Debenture"), by and through its undersigned counsel, makes the following disclosure:

(a) Law Debenture Trust Company of New York is a limited purpose trust company governed by the laws of the State of New York, with a principal place of business at 400 Madison Avenue, Suite 4D, New York, NY 10017.

(b) Law Debenture is a wholly-owned subsidiary of The Law Debenture Corporation plc; and

(c) The Law Debenture Corporation plc has no parent corporation, and no corporation owns 10% or more of Law Debenture plc's equity interests.

3. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Wilmington Trust Company ("Wilmington Trust"), by and through its undersigned counsel, makes the following disclosure:

(a) Wilmington Trust is a bank and trust company governed by the laws of the State of Delaware, with a principal place of business at 1100 North Market Street, Wilmington, DE;

(b) Wilmington Trust is a wholly-owned subsidiary of Wilmington Trust Corporation; and

(c) Wilmington Trust is a wholly-owned subsidiary of M&T Bank Corporation.

(d) There is no publicly held corporation owning 10% or more of M&T Bank Corporation's stock.

*OF COUNSEL*:

KASOWITZ, BENSON, TORRES &
  FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Dated: August 2, 2011

ASHBY & GEDDES

*/s/F. Troupe Mickler IV*
_____
Philip Trainer, Jr. (#2788)
Andrew D. Cordo (#4534)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiffs*