**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes, | 11 Civ. 638 |
| | **CONSENT OF U.S. BANCORP INVESTMENTS, INC. TO REMOVAL** |
| Plaintiffs, | Removed from: |
| - against - | |
| RBS SECURITIES, INC.; GREENWICH CAPITAL d/b/a RBS GREENWICH CAPITAL; and US BANCORP INVESTMENTS, INC., | Superior Court of the State of Delaware, New Castle County |
| Defendants. | Case No. N11C-06-057 |

## CONSENT OF U.S. BANCORP INVESTMENTS, INC. TO REMOVAL

Defendant U.S. Bancorp Investments, Inc., by and through undersigned counsel, hereby consents to the removal of the above-captioned civil action from the Superior Court of the State of Delaware, New Castle County to the United States District Court for the District of Delaware.

By filing this consent, U.S. Bancorp Investments, Inc. does not waive and expressly reserves all defenses, including but not limited to any defense of improper or ineffective process or service of process, or lack of jurisdiction.

Dated: New York, New York
     August 4, 2011

    MILBANK, TWEED, HADLEY & McCLOY LLP

    By: /s/ Alan J. Stone
    Alan J. Stone
    1 Chase Manhattan Plaza
    New York, NY 10005-1413
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219

    *Counsel for Defendant U.S. Bancorp Investments, Inc.*