**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                              Plaintiffs,<br>- against -<br>RBS SECURITIES, INC.; GREENWICH CAPITAL d/b/a RBS GREENWICH CAPITAL; and US BANCORP INVESTMENTS, INC.,<br><br>                              Defendants. | 11 Civ. 638<br><br>**CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Removed from:<br><br>Superior Court of the State of Delaware, New Castle County<br><br>Case No. N11C-06-057 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant U.S. Bancorp Investments, Inc., by and through undersigned counsel, hereby submits the following disclosure statement:

U.S. Bancorp Investments, Inc., is a wholly owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation. U.S. Bancorp is traded on the New York Stock Exchange under the symbol USB. No publicly held corporation owns 10% or more of the stock of U.S. Bancorp.

Dated: New York, New York
       August 8, 2011

                                      MILBANK, TWEED, HADLEY & McCLOY LLP

                                      By: /s/ Alan J. Stone
                                      Alan J. Stone
                                      1 Chase Manhattan Plaza
                                      New York, NY 10005-1413
                                      Telephone: (212) 530-5000
                                      Facsimile: (212) 530-5219

                                      *Counsel for Defendant U.S. Bancorp Investments, Inc.*