IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | C.A. No. 11-638 GMS |

## PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 81.2

Pursuant to District of Delaware Local Rule 81.2, Plaintiffs identify the following matter requiring judicial action. Prior to the removal of this matter, Plaintiffs filed Plaintiffs' Motion To Stay This Action on July 5, 2011 (the "State Court Stay Motion"), which was pending when the case was removed to this Court on July 19, 2011. Plaintiffs anticipate that they will be withdrawing the State Court Stay Motion and filing a motion with this Court requesting similar relief by August 19, 2011.

| | |
|---|---|
| | ASHBY & GEDDES |
| *OF COUNSEL:* | /s/ *F. Troupe Mickler IV* |
| | |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Philip Trainer, Jr. (#2788)<br>Andrew D. Cordo (#4534) |
| David S. Rosner | F. Troupe Mickler IV (#5361) |
| Sheron Korpus | 500 Delaware Avenue, 8th Floor |
| Christine A. Montenegro | P.O. Box 1150 |
| Matthew B. Stein | Wilmington, DE 19899-1150 |
| 1633 Broadway | Tel: (302) 654-1888 |
| New York, New York 10019 | Fax: (302) 654-2067 |
| Tel: (212) 506-1700 | |
| Fax: (212) 506-1800 | *Attorneys for Plaintiffs* |

Dated: August 9, 2011

{00539865;v1}