IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | C.A. No. 11-638 GMS |

**STIPULATION AND PROPOSED ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS Plaintiffs have filed a motion seeking a stay of this action pending further order of this Court or of the United States Bankruptcy Court for the District of Delaware; and

WHEREAS Defendant U.S. Bancorp Investments, Inc. (the "Stipulating Defendant") has requested, and Plaintiffs have agreed to, an extension of the time for the Stipulating Defendant to answer, move, or otherwise respond to the Complaint filed in the above-captioned action;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Stipulating Defendant's time to answer, move or otherwise respond to the Complaint is extended to September 26, 2011, unless the Court orders otherwise;

2. Plaintiffs and Stipulating Defendant agree that, by entering into this stipulation, Stipulating Defendant does not waive any defenses or rights provided by statute or common law, including, but not limited to, any and all defenses based on personal jurisdiction or insufficient pleading, or any other rights or defenses provided by the Federal Rules of Civil Procedure (the "Rules"); provided, however, that Stipulating Defendant waives any objection to the manner of

{00542625;v1}

service of the summons and complaint in the above-captioned matter under Rule 4 of the Rules; and

3. This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Superior Court of the State of Delaware, New Castle County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court.

| | |
|---|---|
| MILBANK, TWEED, HADLEY & McCLOY LLP | ASHBY & GEDDES |
| /s/Alan J. Stone | /s/F. Troupe Mickler IV |
| Alan J. Stone (DE Bar # 2677)<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Telephone: (212) 530-5000<br>Facsimile: (202) 530-5219 | Philip Trainer, Jr. (DE Bar #2788)<br>Andrew D. Cordo (DE Bar #4534)<br>F. Troupe Mickler IV (DE Bar #5361)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel.: (302) 654-1888<br>Fax: (302) 654-2067<br>ptrainer@ashby-geddes.com<br>acordo@ashby-geddes.com<br>tmickler@ashby-geddes.com |
| *Counsel for Stipulating Defendant U.S. Bancorp Investments, Inc.* | *Counsel for Plaintiffs* |
| Dated: August 10, 2011 | Dated: August 10, 2011 |

It is **SO ORDERED.**

Dated: _____, 2011

_____
Gregory M. Sleet
Chief United States District Judge

{00542625;v1}