CERTIFICATE OF SERVICE

I hereby certify that, on August 12, 2011, a copy of (i) Notice of Withdrawal of Motion, (ii) Plaintiffs' Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice, (iii) Opening Brief in Support of Plaintiffs' Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice, and (iv) Declaration of Christine A. Montenegro in Support of Plaintiffs' Motion to Stay was caused to be served upon the following parties by first class mail, unless otherwise indicated.

/s/ *Troupe Mickler IV*
F. Troupe Mickler IV (DE #5361)

BY CM/ECF
JON E. ABRAMCZYK
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET STREET
WILMINGTON, DE 19801

RBS GREENWICH CAPITAL C/O GMP (BROBBZ) C/O RBS SECURITIES
CORPORATION SERVICE COMPANY
AS REGISTERED AGENT FOR RBS SECURITIES, INC.
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808

BY CM/ECF
ALAN J. STONE
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA, 46TH FLOOR
NEW YORK, NY 10005