## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor
indenture trustee for certain series of Senior
Notes, *et al.*,

        Plaintiffs,

    v.

RBS SECURITIES, INC., *et al.*,

        Defendants.

C.A. No. 11-638 GMS

---

### NOTICE OF PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

PLEASE TAKE NOTICE that on August 16, 2011, Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company, in their capacity as successor indenture trustees for certain notes of Tribune Company (collectively, "Plaintiffs") moved the United States Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, to transfer 44 actions pending in 21 different federal districts, including this action, to the Southern District of New York for coordinated and consolidated pretrial proceedings under the caption *In re Tribune Fraudulent Conveyance Litigation* (Pending Docket No. 119), specifically to the Honorable Richard J. Holwell (the "MDL Motion"). Plaintiffs provide this notice pursuant to 28 U.S.C. § 1407(c)(ii) and Rule 6.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation.

A copy of the Notice of the MDL Motion, Brief in Support of the MDL Motion, Declaration of David M. Zensky in Support of the MDL Motion, Schedule of Actions, and Proof of Service of the MDL Motion are attached.

ASHBY & GEDDES

*/s/F. Troupe Mickler IV*

*OF COUNSEL*:

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Dated:  August 17, 2011

Philip Trainer, Jr. (DE #2788)
Andrew D. Cordo (DE #4534)
F. Troupe Mickler IV (DE #5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

*Attorneys for Plaintiffs*