IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>         Defendants. | C.A. No. 11-638 GMS |

**NOTICE OF NO OPPOSITION AND NO REPLY
REGARDING PLAINTIFFS' MOTION TO STAY DEFENDANTS' TIME TO RESPOND
TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTIONS PRACTICE**

WHEREAS Plaintiffs filed a Motion to Stay Defendants' Time To Respond To The Complaint In This Action Or Commence Motions Practice (the "Motion to Stay") [D.I. 13], supporting brief [D.I. 15], and proposed order granting same (the "Proposed Order") [D.I. 14] on August 12, 2011;

WHEREAS under the Local Rules, the deadline to file briefs in opposition to the Motion to Stay was August 29, 2011; and

WHEREAS no party filed an opposition brief before that deadline or since, nor has any party otherwise indicated any intention to oppose the Motion to Stay; now, therefore,

PLEASE TAKE NOTICE that, because no answering brief has been filed and the Motion to Stay has not been opposed, Plaintiffs will not be filing a reply in further support of the Motion to Stay;

WHEREFORE, Plaintiffs respectfully request that the Court grant the Motion to Stay and enter the Proposed Order if they meet with the Court's approval.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ F. Troupe Mickler IV* |
| *OF COUNSEL*: | Philip Trainer, Jr. (DE #2788) |
| | Andrew D. Cordo (DE #4534) |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | F. Troupe Mickler IV (DE #5361) |
| | 500 Delaware Avenue, 8th Floor |
| David S. Rosner | P.O. Box 1150 |
| Sheron Korpus | Wilmington, DE 19899-1150 |
| Christine A. Montenegro | Tel: (302) 654-1888 |
| Matthew B. Stein | Fax: (302) 654-2067 |
| 1633 Broadway | ptrainer@ashby-geddes.com |
| New York, New York 10019 | acordo@ashby-geddes.com |
| Tel: (212) 506-1700 | tmickler@ashby-geddes.com |
| Fax: (212) 506-1800 | |
| | *Attorneys for Plaintiffs* |
| Dated: August 30, 2011 | |