IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>        Defendants. | C.A. No. 11-638 GMS |

## ENTRY OF APPEARANCE

Please enter the appearance of F. Troupe Mickler IV, Esquire of Ashby & Geddes, P. A. as counsel for the Plaintiffs.

*OF COUNSEL*:

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Dated: September 13, 2011

ASHBY & GEDDES

*/s/ F. Troupe Mickler IV*
_____
Philip Trainer, Jr. (DE #2788)
Andrew D. Cordo (DE #4534)
F. Troupe Mickler IV (DE #5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
ptrainer@ashby-geddes.com
acordo@ashby-geddes.com
tmickler@ashby-geddes.com

*Attorneys for Plaintiffs*