**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | |
| Plaintiffs, | C.A. No. 11-638 GMS |
| v. | |
| RBS SECURITIES, INC., *et al.*, | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER TO**
**EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS Plaintiffs have filed a motion seeking a stay of this action pending further order of this Court or of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS the Court has previously entered an order approving the stipulation extending the deadline for Defendant US Bancorp Investments, Inc. ("US Bancorp") to answer, move, or otherwise respond to the Complaint to September 26, 2011 (D.I. 11); and

WHEREAS US Bancorp has requested, and Plaintiffs have agreed to, a further extension of the time for US Bancorp to answer, move, or otherwise respond to the Complaint;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.      US Bancorp's time to answer, move or otherwise respond to the Complaint is extended November 11, 2011, unless the Court orders otherwise and subject to any stay of the proceedings then in effect.

2. Plaintiffs and US Bancorp agree that, by entering into this stipulation, US Bancorp does not waive any defenses or rights provided by statute or common law, including, but not limited to, any and all defenses based on personal jurisdiction or any other rights or defenses provided by the Federal Rules of Civil Procedure (the "Rules"); provided, however, that US Bancorp waives any defenses based upon insufficient service of the Summons and Complaint under Rule 4 of the Rules; and

3. This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Superior Court of the State of Delaware, New Castle County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court.

MILBANK, TWEED, HADLEY &
 McCLOY LLP


/s/ Alan J. Stone
Alan J. Stone (DE Bar #2677)
1 Chase Manhattan Plaza
New York, NY  10005-1413
Tel.:  (212) 530-5000
Fax:  (212) 530-5219
astone@milbank.com

*Counsel for US Bancorp*

Dated: September 23, 2011

ASHBY & GEDDES


/s/ Andrew D. Cordo
Philip Trainer, Jr. (DE Bar #2788)
Andrew D. Cordo (DE Bar #4534)
F. Troupe Mickler IV (DE Bar #5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel.:  (302) 654-1888
Fax:  (302) 654-2067
ptrainer@ashby-geddes.com
acordo@ashby-geddes.com
tmickler@ashby-geddes.com

*Counsel for Plaintiffs*

Dated: September 23, 2011

It is **SO ORDERED.**


Dated: _____, 2011

                                           _____
                                           Gregory M. Sleet
                                           Chief United States District Judge