# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>    Defendants. | C.A. No. 11-638 GMS |

## STIPULATION AND PROPOSED ORDER TO
## EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS Plaintiffs have filed a motion seeking a stay of this action pending further order of this Court or of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS the Court has previously approved stipulations (D.I. 11, 21) extending the deadline for Defendant US Bancorp Investments, Inc. ("US Bancorp") to answer, move, or otherwise respond to the Complaint, which deadline is currently set for November 11, 2011; and

WHEREAS Plaintiffs have moved to stay the deadline for defendants to answer, move, or otherwise respond to the Complaint in this matter pending further order of the court (*see* D.I. 13), and that motion currently remains pending; and

WHEREAS US Bancorp has requested, and Plaintiffs have agreed to, a further extension of the time for US Bancorp to answer, move, or otherwise respond to the Complaint, pending the Court's resolution of Plaintiffs' motion to stay;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. US Bancorp's time to answer, move or otherwise respond to the Complaint is extended to January 9, 2012, unless the Court orders otherwise and subject to any stay of the proceedings then in effect;

2. Plaintiffs and US Bancorp agree that, by entering into this stipulation, US Bancorp does not waive any defenses or rights provided by statute or common law, including, but not limited to, any and all defenses based on personal jurisdiction or any other rights or defenses provided by the Federal Rules of Civil Procedure (the "Rules"); provided, however, that US Bancorp waives any defenses based upon insufficient service of the Summons and Complaint under Rule 4 of the Rules; and

3. This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Superior Court of the State of Delaware, New Castle County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court.

| MILBANK, TWEED, HADLEY & McCLOY LLP | ASHBY & GEDDES |
|---|---|
| /s/ Alan J. Stone_____<br>Alan J. Stone (DE Bar #2677)<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel.: (212) 530-5000<br>Fax: (212) 530-5219<br>astone@milbank.com<br><br>*Counsel for US Bancorp Investments, Inc.*<br><br>Dated: November 10, 2011 | /s/ Andrew D. Cordo_____<br>Philip Trainer, Jr. (DE Bar #2788)<br>Andrew D. Cordo (DE Bar #4534)<br>F. Troupe Mickler IV (DE Bar #5361)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel.: (302) 654-1888<br>Fax: (302) 654-2067<br>ptrainer@ashby-geddes.com<br>acordo@ashby-geddes.com<br>tmickler@ashby-geddes.com<br><br>*Counsel for Plaintiffs*<br><br>Dated: November 10, 2011 |

It is **SO ORDERED.**

Dated: _____, 2011          _____
                                          Gregory M. Sleet
                                          Chief United States District Judge