**Transferred case has been opened**
**NYSD_ECF_Pool** to: InterDistrictTransfer_DED     01/04/2012 10:24 AM

CASE: 1:11-cv-00638

DETAILS: Case transferred from Delaware has been opened in Southern District of New York as case 1:11-cv-09587, filed 12/28/2011.